**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**In re:**

**PREMIER BANK HOLDING COMPANY,**

**Debtor.**

_____/

Case No.: 12-40550-KKS

Chapter 11

**COVER SHEET TO APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SANDLER**
**O'NEILL & PARTNERS, L.P., AS FINANCIAL ADVISOR TO THE DEBTOR**

| | |
|---|---|
| Name of Applicant: | Sandler O'Neill & Partners, L.P. |
| Authorized to Provide Professional Services to: | Premier Bank Holding Company |
| Date of Application to Employ: | August 22, 2012 [Doc. No. 46] |
| Date of Retention: | Order entered October 1, 2012, *nunc pro tunc* to August 14, 2012 [Doc. No. 89] |
| Period for which compensation and reimbursement is sought: | August 14, 2012 through February 28, 2013 |
| Amount of final compensation for which approval is sought as actual, reasonable, and necessary: | $36,600.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $58,316.00 |

This is a/an:   ___X___ interim         _____ final application (see below)

6258007

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

In re:

Case No.: 12-40550-KKS

**PREMIER BANK HOLDING COMPANY,**

Chapter 11

Debtor.
_____/

### APPLICATION FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SANDLER
### O'NEILL & PARTNERS, L.P., AS FINANCIAL ADVISOR TO THE DEBTOR

On October 1, 2012, the Court approved the retention of Sandler O'Neill & Partners, L.P.

("*Sandler O'Neill*" or the "*Applicant*") as financial advisor to Premier Bank Holding Company,

as Debtor and Debtor-in-Possession (the "*Debtor*") by entering its Order Granting Application

for Order Authorizing the Retention of Sandler O'Neill & Partners, L.P. as Financial Advisor to

the Debtor *Nunc Pro Tunc* to the Petition Date (the "*Sandler O'Neill Employment Order*")

(Doc. 89). As set forth below, the Debtor has now closed on the sale of substantially all of its

assets, and Sandler O'Neill's services to the Debtor are concluded. Accordingly, Sandler

O'Neill hereby files this application (the "*Fee Application*") for final approval of fees in the total

amount of $36,600.00 and expenses in the total amount of $58,316.00, for the period of August

14, 2012 (the "*Petition Date*") through and including February 28, 2013 (the "*Fee Period*"),

without prejudice to the right of Sandler O'Neill to seek reimbursement of further actual,

necessary, out-of-pocket expenses for which the Debtor is liable under the Premier Engagement

Letter (as defined below). In support of this Fee Application, Sandler O'Neill respectfully states

as follows:

## Jurisdiction, Venue, and Statutory Predicates

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (O).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory predicates for relief requested herein are Sections 328(a), 330, and 503(b)(2) of Title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

## Background of this Case

4.      On the Petition Date, the Debtor filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtor is continuing in possession of its property and operating its business pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed, and no official committee of unsecured creditors has been formed.

5.      The Debtor is a holding company that formerly held all of the issued and outstanding shares of common stock (the "***Bank Stock***") of Premier Bank, a Florida state-chartered bank headquartered in Tallahassee, Florida (the "***Bank***").

6.      On the Petition Date, the Debtor filed a Motion for Orders pursuant to 11 U.S.C. §§ 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 9014 approving, *inter alia,* the sale of certain assets (the "***Sale Motion***") (Doc. 14).  Pursuant to the Sale Motion, the Debtor sought authority to sell substantially all of its assets, including the Bank Stock, to Home BancShares, Inc. ("***HBI***"), pursuant to a Court-approved auction and sale process under Section 363 of the Bankruptcy Code.

- 2 -

7.     On September 6, 2012, this Court held an evidentiary hearing on the proposed bidding procedures for the Sale Motion.  At that hearing, this Court approved those bidding procedures, with certain modifications.  On November 27, 2012, this Court held an evidentiary hearing on the Sale Motion itself, and on November 29, 2012, the Court entered an Order granting the Sale Motion (the "*Sale Order*") (Doc. 132).  Pursuant to the Sale Order, the sale to HBI of the Bank Stock closed effective December 1, 2012 (the "*Closing Date*").

8.     Sandler O'Neill understands that the Debtor is now in the process of winding up its affairs and developing a liquidating plan.[1]

### The Sandler O'Neill Retention

9.     On August 22, 2012, the Debtor filed its Application for Order Authorizing the Retention of Sandler O'Neill & Partners, L.P. as Financial Advisor to the Debtor, *Nunc Pro Tunc* to the Petition Date (the "*Sandler O'Neill Employment Application*") (Doc. 46).[2]  Under an engagement letter attached thereto (the "*Premier Engagement Letter*," attached to the Sandler O'Neill Employment Application as Exhibit B), Sandler O'Neill agreed to provide the Debtor with financial advisory services, including advising the Debtor in structuring the sale of the Bank Stock and working to identify and evaluate other bids or structures that could prove viable and maximize value to creditors.

10.     In exchange for such services, the Debtor agreed to pay Sandler O'Neill, subject to Court approval through the fee application process, an advisory fee (the "*Advisory Fee*") equal to (i) 2.0% of the first $1,000,000 of "Total Consideration" (as defined in the Premier

---

[1]     Further factual background on the Debtor and its commencement of this Chapter 11 case is detailed in the Affidavit of G. Matthew Brown in Support of First Day Motions and Related Relief (the "*Brown Affidavit*") (Doc. 12) filed on the Petition Date.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sandler O'Neill Employment Application and/or the attachments thereto.

Engagement Letter, and discussed below), plus (ii) 4.0% of the Total Consideration in excess of $1,000,000, but less than $5,000,000. In addition, the Debtor also agreed, subject to Court approval, to pay Sandler O'Neill's reasonable and actual out-of-pocket expenses incurred in connection with its engagement, including, without limitation, reasonable legal fees and expenses.

11. The Advisory Fee was structured to provide an incentive to Sandler O'Neill to locate any other bidder or alternative structure that could enhance the returns to creditors. To be specific, under the Premier Engagement Letter, the more the Debtor received for its creditors, the more Sandler O'Neill would receive, which is an ideal incentive structure for a financial advisor. Moreover, because Sandler O'Neill was to receive a flat fee from the Bank for any recapitalization, *see* Sandler O'Neill Employment Application at ¶¶ 11, 43, it would be free under this fee structure to focus entirely on assisting the Debtor chose the best alternative for its particular creditors. Thus, "Total Consideration," which was the means of calculating Sandler O'Neill's Advisory Fee, was defined broadly as

> the total fair market value of (i) all consideration received or to be received under a Sale by the Company (or by its creditors or shareholders) including, without limitation, cash, notes, securities and other property, or payments made in installments, and (ii) any obligations of the Company assumed or paid in conjunction with a Sale.

Premier Engagement Letter, at 3.

12. On October 1, 2012, the Court entered the Sandler O'Neill Employment Order, which included the approval of Sandler O'Neill's retention terms under Section 328 of the Bankruptcy Code. Specifically, pursuant to paragraph 4 of the Sandler O'Neill Employment Order, this Fee Application, "shall be subject to review only pursuant to the standards set forth in Section 328(a) of the Bankruptcy Code, and shall not be subject to any other standard of review

- 4 -

including but not limited to that set forth in Section 330 of the Bankruptcy Code, except for any out-of-pocket expenses and charges, which shall be subject to review under Section 330 of the Bankruptcy Code."

### Sandler O'Neill's Request for Final Allowance and Payment of Fees

13.     Sandler O'Neill seeks final approval and payment of its compensation for services earned during the Fee Period, in the amount of $36,600.00 (the "*Fees*").  Sandler O'Neill's Fees were calculated as follows:  the Total Consideration attributed to the Sale was $1,415,000.00. The first $1,000,000 of the Total Consideration was compensable at the 2% level, or $20,000.00, and the balance of $415,000.00 was compensable at the 4% level, or $16,600, for total Fees of $36,600.00.

14.     The Applicant has provided substantial services to and on behalf of the Debtor since the Petition Date.  In particular, the Applicant has:

a.     acted as the Debtor's financial advisor with respect to pursuing potential sale transactions and evaluating restructuring transactions;

b.     continued in the analysis of the Debtor's financial position, to further the Debtor's goals in this case;

c.     assisted the Debtor in the formulation, evaluation, and implementation of various options for a sale of the Debtor or its assets;

d.     assisted in identifying and soliciting interest in the Debtor's sale among prospective purchasers;

e.     assisted in the negotiation of various sale terms and with respect to closing matters;

6258007

f.    worked with the Debtor to obtain approval of the sale of the Debtor's assets, including extensive preparation with the Debtor and its advisors for contested hearings; and

g.    communicated regularly with constituents of the case with respect to the progress of the sale process and other alternatives that had been proposed.

15.    A schedule setting forth the time entries for professional services for which Sandler O'Neill is seeking compensation on a final basis is attached hereto as Exhibit A.

### Sandler O'Neill's Request for Final Allowance of Expenses Through February 28, 2013

16.    Sandler O'Neill also seeks final approval and reimbursement of actual, reasonable, and necessary out-of-pocket expenses incurred during the Fee Period only in the amount of $58,316.00 (the "*Expenses*").[3]

17.    Under the Premier Engagement Letter, the Debtor is obliged to reimburse Sandler O'Neill for its expenses. The Premier Engagement Letter provides as follows:

> In addition to any fees that may be payable to Sandler O'Neill hereunder and the expenses to be borne by the Company[4] pursuant to the following paragraph, the Company agrees to reimburse Sandler O'Neill upon request made from time to time for its reasonable out-of-pocket expenses incurred in connection with its engagement hereunder regardless of whether the Sale is consummated, including, without limitation, reasonable legal fees and expenses and promotional and travel expenses.

Premier Engagement Letter, at 3-4.

---

[3]    Not included in the total expenses for which Sandler O'Neill is seeking reimbursement is $451.29 in legal expenses that were incurred pre-petition, but not billed until post-petition. Sandler O'Neill has waived the right to reimbursement of those pre-petition expenses.

[4]    "The Company" is defined as Premier Bank Holding Company, the Debtor herein, in the Premier Engagement Letter. See Premier Engagement Letter, at 1.

- 6 -

18.    The Expenses for which Sandler O'Neill seeks to be reimbursed include Sandler O'Neill's cost for travel, meals and lodging totaling $1,845.57, and fees and expenses of its outside counsel (Latham & Watkins LLP) in the amount of $56,470.43. The Applicant's Cost Summary and copies of its the invoices of Latham & Watkins LLP (with any necessary redactions) are attached collectively as Exhibit B.

19.    As part of its ordinary business activity in restructuring engagements, the Applicant keeps a contemporaneous record of expenses incurred on behalf of clients. The Applicant's Cost Summary includes a detailed listing of all expenses the Applicant incurred on behalf of the Debtor for which the Applicant seeks reimbursement. All expenses reflected in Exhibit B are reasonable and were necessary to the Applicant's representation of the Debtor.

20.    In addition, the Premier Engagement Letter provides a comprehensive indemnity for Sandler O'Neill, with respect to claims, discovery efforts, or subpoenas initiated by third parties or creditors. It provides as follows:

> The Company[5] agrees to indemnify and hold Sandler O'Neill and its affiliates and their respective partners, directors, officers, employees, agents and controlling persons (Sandler O'Neill and each such person being an "Indemnified Party") harmless from and against any and all losses, claims, damages and liabilities, joint or several, to which such Indemnified Party may become subject under applicable federal or state law, or otherwise, related to or arising out of any actual or proposed transaction . . . or the performance by Sandler O'Neill of the services contemplated by, this letter agreement (collectively, the "Losses"), and will reimburse any Indemnified Party for all expenses (**including reasonable counsel fees and expenses**) as they are incurred, including expenses incurred in connection with the investigation of, preparation for or defense of any pending or threatened claim or any action or proceeding arising therefrom, whether or not such Indemnified Party is a party (collectively, the "Expenses"). . . .
>
> . . .

---

5    As noted above, "the Company" is the Debtor herein.

> In the event Sandler O'Neill appears as a witness in any action brought against the Company in which an Indemnified Party is not named as a defendant, the Company agrees to reimburse Sandler O'Neill for all reasonable expenses incurred and time expended by it in connection with its appearing as a witness.

Premier Engagement Letter, at 6.

21.    This indemnity covers the extensive recent discovery efforts of Hildene Capital Management, as set forth in its Rule 2004 motion, filed on January 2, 2013 (the "*Hildene 2004 Motion*"). As set forth in the Debtor's motion to reconsider this Court's order granting the Hildene 2004 Motion, the Hildene 2004 Motion seeks to depose Sandler O'Neill about the Debtor's sale of its Bank Stock, months after the Sale Order was entered and after the transaction has closed. Indeed, Hildene seeks such relief despite that representatives of Sandler O'Neill appeared and were available for examination at virtually every hearing in this case, hearings where Hildene could have shown up. In light of these new, after-the-fact discovery efforts, Sandler O'Neill has had to re-engage its own counsel to protect its interests. A portion of the legal expenses requested herein pertain to Sandler O'Neill's outside counsel addressing the Hildene 2004 Motion. The legal expenses incurred by Sandler O'Neill's outside counsel to date in respect of the Hildene 2004 Motion have been limited, due to the efforts of Debtor's counsel to coordinate the responses among the Debtor, Sandler O'Neill, and counsel to the Debtor's officers and directors. However, these costs continue to accrue, and if Hildene's discovery is allowed, they will continue further.

22.    Sandler O'Neill expects to file one or more applications in the future to seek reimbursement of expenses incurred or posted after February 28, 2013 (including, without limitation, the fees and expenses of its outside counsel).

-8-

6258007

**Bankruptcy Rule 2016(a) Disclosures and Certifications**

23.     Except as otherwise set forth herein or in the Sandler O'Neill Employment Application, the Applicant has not received any payment or promises of payment from any source other than the Debtor for the services performed and expenses incurred on behalf of the Debtor.  To the extent required by section 504 of the Bankruptcy Code, the Applicant has not shared or entered into any agreement for sharing any compensation it receives for services performed in connection with this bankruptcy case other than with the partners and employees of Sandler O'Neill.

**Notice**

24.     Notice of this Fee Application has been provided to: (a) the Office of the United States Trustee; (b) the Debtor's twenty largest unsecured creditors; (c) Home Bancshares, Inc.; (d) the Federal Deposit Insurance Corporation; (e) the Florida Office of Financial Regulation; (f) the Federal Reserve Bank of Atlanta; and (g) all parties that have filed an appearance in this case.  Sandler O'Neill submits that no other or further notice need be provided.

[remainder of page intentionally left blank]

6258007

WHEREFORE, Sandler O'Neill respectfully requests entry of an order, in substantially the form attached hereto as <u>Exhibit C</u>, (i) granting this Fee Application; (ii) approving, on a final basis, compensation in the amount of $36,600.00 for professional services rendered and reimbursement of $58,316.00 in actual and necessary out-of-pocket expenses for the period of August 14, 2012 through and including February 28, 2013, without prejudice to the right of Sandler O'Neill to seek reimbursement of further actual, necessary, out-of-pocket expenses for which the Debtor is liable under the Premier Engagement Letter (including, without limitation, fees and expenses of its outside counsel); and (iii) granting such other and further relief as the Court deems just and proper.

Dated: March ___7___, 2013

Respectfully Submitted

Sandler O'Neill & Partners, L.P.

Kevin P. O'Keefe
Principal
3424 Peachtree Road, NE, Suite 2050
Atlanta, Georgia 30326
Telephone:    (404) 442-2870
Facsimile:    (404) 442-2877

Financial Advisor to the Debtor and Debtor-in-Possession

## CERTIFICATION

I, Kevin P. O'Keefe, do hereby certify:

1.     · This certification is submitted in connection with the Application for Compensation and Reimbursement of Expenses of Sandler O'Neill & Partners, L.P. as Financial Advisor for the Debtor (the "*Fee Application*").[1]

2.     I am a Partner with Sandler O'Neill & Partners, L.P. ("*Sandler O'Neill*") with offices at 3424 Peachtree Road, NE, Suite 2050, Atlanta, Georgia, 30326. Sandler O'Neill has acted as financial advisor for the Debtor in its bankruptcy case.

3.     I have read the Fee Application, including its accompanying schedules and exhibits. To the best of my knowledge, information, and belief, all facts set forth in the Fee Application are true and correct.

Dated: March ___7___, 2013

Kevin P. O'Keefe
Principal

---

[1]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Fee Application.

# *EXHIBIT A*

| Name of Professional | Position | Total Hours |
|---|---|---|
| J. Docherty | In-House Counsel | 12.00 |
| B. Cosgrove | In-House Counsel | 25.95 |
| K. O'Keefe | Principal, Investment Banking | 40.50 |
| A. MacColl | Associate | 9.50 |
| C. Hooper | Principal and General Counsel | 2.00 |
| F. Price | Managing Principal | 3.00 |
| B. Kleinert | Managing Principal | 1.00 |
| R. Ebert | Associate | .50 |
| P. Finnerty | Principal, Investment Banking | 3.00 |
| **TOTALS** | | 97.45 |

# *EXHIBIT B*

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.691.8763
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No. 95-2016373

## INVOICE

July 31, 2012

SANDLER O'NEILL & PARTNERS, L.P.
919 THIRD AVENUE, 6TH FLOOR
NEW YORK, NY 10022
ATTN: JENNIFER DOCHERTY

## REMITTANCE INSTRUCTIONS

WIRE TRANSFERS:
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: Latham & Watkins LLP
Account Number: 3911-7003

CHECKS:
Latham & Watkins LLP
P.O. Box 894256
Los Angeles, CA
90189-4256

Please identify your check or wire transfer with the following numbers:
Invoice No. 120111576
File No. 048813-0004

For professional services rendered through July 31, 2012
re: **Premier Bank Matters**

| Date | Attorney/ Paralegal | Hours | Description |
|------|---------------------|-------|-------------|
| 07/26/12 | PMG | .30 | PREMIER CALLS TO/FROM B. COSGROVE REGARDING PREMIER BANK BANKRUPTCY BACKGROUND (.3) |
| 07/27/12 | PMG | .20 | [NEW PREMIER MATTER CALL TO B. COSGROVE REGARDING DEAL BACKGROUND AND REVIEW; CALL TO M. DEUDALL REGARDING SAME (.2) |
| 07/28/12 | PMG | .50 | REVIEW OF SANDLER ENGAGEMENT LETTER; DRAFT ASSET PURCHASE AGREEMENT AND BIDDING PROCEDURES (.5) |
| 07/30/12 | PMG | 1.20 | MESSAGES TO/FROM M. DUEDALL REGARDING SANDLER O'NEILL RETENTION APPLICATION AND DEAL TIMING; REVIEW AND COMMENTS ON DRAFT RETENTION APPLICATION; CONFERENCE WITH M. DUEDALL REGARDING DEAL STRUCTURE AND TERMS AND RETENTION APPLICATION; DRAFT MEMORANDUM TO CLIENTS REGARDING SAME (1.2) |
| 07/31/12 | PMG | .50 | CALLS AND MESSAGES TO/FROM B. COSGROVE REGARDING SANDLER RETENTION APPLICATION, CONFLICTS SEARCH AND DISCLOSURE; REVIEW OF DRAFT RETENTION APPLICATION (.5) |

Attorney Hours:

P M GILHULY          (PARTNER)          2.70 hrs @          1055.00   /hr.          $2,848.50

Paralegal Hours:

Total Services                          2.7 hrs                                     $2,848.50

Other charges:

Total other charges                                                                      .00

Total current charges                                                               2,848.50

      BALANCE DUE                                                                $2,848.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 120111676

2

355 South Grand Avenue
Los Angeles, California  90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

## INVOICE

August 31, 2012

Sandler O'Neill & Partners, L.P.
1251 Avenue of the Stars, 6th Floor
New York, NY 10020
ATTN: Britten Cosgrove

## REMITTANCE INSTRUCTIONS

| WIRE TRANSFERS: | CHECKS: |
|---|---|
| Bank: Citibank, Delaware | Latham & Watkins LLP |
| One Penn's Way | P.O. Box 894256 |
| New Castle, DE 19720 | Los Angeles, CA |
| ABA: 0311-00209 | 90189-4256 |
| SWIFT: CITIUS33 | |
| Account Name: **Latham & Watkins LLP** | |
| Account Number: **3911-7003** | |

Please identify your check or wire transfer with the following numbers:
Invoice No.  120113183
File No.  048813-0004

---

For professional services rendered through August 31, 2012
re: **Premier Bank Matters**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 08/16/12 | PMG | .50 | REVIEW OF PREMIER BANK HOLDING FILING NEWS; CALLS AND MESSAGES TO/FROM M. DUEDALL REGARDING FIRST DAY FILING PACKAGE AND HEARING; REVIEW OF FIRST DAY FILING PACKAGE (.5) |
| 08/20/12 | PMG | 1.10 | CONFERENCE WITH B. COSGROVE, K. O'KEEFE AND J. DOCHERTY REGARDING PREMIER RETENTION AND BIDDING PROCEDURES HEARING (1.1) |
| 08/21/12 | PMG | .90 | REVIEW OF M. DUEDALL CORRESPONDENCE REGARDING SANDLER RETENTION APPLICATION; REVIEW OF REVISED RETENTION APPLICATION AND B. COSGROVE COMMENTS REGARDING SAME; CALL FROM M. DUEDALL REGARDING INDEMNITY; DRAFT MEMORANDUM TO CLIENTS REGARDING SAME (.9) |
| 08/22/12 | PMG | .40 | REVIEW OF REVISIONS TO SANDLER RETENTION APPLICATION AND ORDER THEREON; MESSAGES TO/FROM M. DUEDALL AND WORK (.4) |
| 08/23/12 | PMG | .40 | MESSAGES TO/FROM M. DUEDALL REGARDING RETENTION PROCESS; MESSAGES TO/FROM SANDLER WORKING GROUP REGARDING RETENTION HEARING SCHEDULE (.4) |
| 08/29/12 | PMG | .50 | REVIEW OF U.S. TRUSTEE OBJECTION TO SANDLER RETENTION APPLICATION; MESSAGES TO/FROM M. DUEDALL AND WORKING GROUP REGARDING SAME (.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 120113183

| Date | Attorney/Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 08/30/12 | PMG | .50 | REVIEW OF SANDLER OBJECTION NEW STORY; CALLS AND MESSAGES TO/FROM B. COSGROVE AND WORKING GROUP REGARDING SAME (.5) |

**Attorney Hours:**

| | | | | |
|---|---|---|---|---|
| P M GILHULY | (PARTNER) | 4.30 hrs @ | 1055.00 /hr. | $4,536.50 |

**Paralegal Hours:**

Total Services              4.3 hrs                              $4,536.50

**Other charges:**

DOCUMENT PREPARATION              12.00

Total other charges                                          12.00

Total current charges                                       **4,548.50**

Prior balance due:                                          2,848.50

Less Payment                                                -2,848.50

BALANCE DUE                                                 **$4,548.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 120113183

2

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

## INVOICE

September 30, 2012

Sandler O'Neill & Partners, L.P.
1251 Avenue of the Stars, 6th Floor
New York, NY 10020
ATTN: Britten Cosgrove

Tax Identification No: 95-2018373

### REMITTANCE INSTRUCTIONS

<u>WIRE TRANSFERS:</u>
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

<u>CHECKS:</u>
Latham & Watkins LLP
P.O. Box 894256
Los Angeles, CA
90189-4256

Please identify your check or wire transfer with the following numbers:
Invoice No.  120114850
File No.  048813-0004

For professional services rendered through September 30, 2012
re:  **Premier Bank Matters**

| Date | Attorney/ Paralegal | Hours | Description |
|------|---------|-------|-------------|
| 09/01/12 | PMG | .80 | REVIEW OF NOTICE OF HEARING, U.S. TRUSTEE OBJECTION TO BIDDING PROCEDURES, WILMINGTON TRUST OBJECTION; ANALYSIS REGARDING SANDLER TESTIMONY REGARDING SAME (.8) |
| 09/04/12 | PMG | 1.80 | CALL TO M. DUEDALL REGARDING 9/6 HEARING, SANDLER TESTIMONY AND THE SANDLER OBJECTION; CONFERENCE WITH B. COSGROVE, K. O'KEEFE AND WORKING GROUP REGARDING 9/6 HEARING PREPARATION; REVIEW OF ALESCO OBJECTIONS (1.8) |
| 09/05/12 | PMG | .10 | MESSAGES TO/FROM B. COSGROVE REGARDING K. O'KEEFE PREPARATION (.1) |
| 09/07/12 | PMG | 1.40 | CALLS AND MESSAGES TO/FROM M. DUEDALL REGARDING BIDDING PROCEDURES HEARING AND SANDLER RETENTION HEARING; CALLS AND MESSAGES TO/FROM M. RIELA REGARDING BACKGROUND AND OBJECTIONS; DRAFT MEMORANDUM TO SANDLER WORKING GROUP REGARDING STRATEGY (1.4) |
| 09/07/12 | MR | 2.20 | TELEPHONE CONFERENCES AND EMAILS WITH P. GILHULY REGARDING SANDLER O'NEILL RETENTION IN PREMIER BANKRUPTCY; REVIEW BACKGROUND DOCUMENTS |

| 09/09/12 | MR | 1.00 | TELEPHONE CONFERENCE WITH DEBTOR'S COUNSEL AND EMAIL EXCHANGES WITH P. GILHULY REGARDING UPCOMING RETENTION HEARING |
| 09/10/12 | PMG | .60 | CONFERENCE WITH K. O'KEEFE, B. COSGROVE AND M. RIELA REGARDING SANDLER RETENTION HEARING; REVIEW OF U.S. TRUSTEE RESOLUTION CORRESPONDENCE (.6) |
| 09/10/12 | MR | 2.00 | TELEPHONE CONFERENCES AND EMAILS WITH SANDLER O'NEILL AND DEBTOR'S COUNSEL REGARDING RETENTION MATTERS; BRIEF RESEARCH OF CASE LAW ON INDEMNIFICATION FOR ORDINARY NEGLIGENCE |
| 09/11/12 | MR | 1.00 | TELEPHONE CONFERENCE WITH SANDLER O'NEILL AND DEBTOR'S COUNSEL REGARDING RETENTION MATTERS; REVIEW AND REVISE DRAFT RETENTION ORDER; EMAIL EXCHANGES WITH DEBTOR'S COUNSEL |
| 09/12/12 | PMG | .30 | MESSAGES TO/FROM WORKING GROUP REGARDING RESOLUTION OF U.S. TRUSTEE OBJECTION AND POSSIBLE TRUP'S OBJECTION (.3) |
| 09/12/12 | MR | 1.10 | EMAIL EXCHANGES WITH SANDLER AND M. DUEDALL REGARDING SANDLER RETENTION |
| 09/13/12 | PMG | .20 | MESSAGES TO/FROM WORKING GROUP REGARDING APPROVAL OF SANDLER RETENTION (.2) |
| 09/13/12 | MR | 1.60 | TELEPHONE CONFERENCE AND EMAILS WITH SANDLER AND M. DUEDALL REGARDING RESOLUTION OF US TRUSTEE COMMENTS TO RETENTION ORDER; REVIEW AND COMMENT ON SUCCESSIVE DRAFTS OF RETENTION ORDER; EMAIL EXCHANGES WITH SANDLER REGARDING FEE APPLICATION REQUIREMENTS; TELEPHONIC APPEARANCE IN RETENTION HEARING |

<u>Attorney Hours:</u>

| P M GILHULY | (PARTNER) | 5.20 hrs @ | 1055.00 /hr. | $5,486.00 |
| M RIELA | (COUNSEL) | 8.90 hrs @ | $845.00 /hr. | $7,520.50 |

<u>Paralegal Hours:</u>

| **Total Services** | | 14.1 hrs | | $13,006.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 120114850

Other charges:

| | |
|---|---|
| AIRFARE & TRAINFARE | 75.00 |
| WESTLAW | 137.70 |
| DOCUMENT PREPARATION | 6.00 |

Total other charges                                                    218.70


Total current charges                                              **13,225.20**

     BALANCE DUE                                          **$13,225.20**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 120114850

3

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

## INVOICE

November 30, 2012

Sandler O'Neill & Partners, L.P.
1251 Avenue of the Stars, 6th Floor
New York, NY 10020
ATTN: Britten Cosgrove

### REMITTANCE INSTRUCTIONS

<u>WIRE TRANSFERS:</u>
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

<u>CHECKS:</u>
Latham & Watkins LLP
P.O. Box 894256
Los Angeles, CA
90189-4256

Please identify your check or wire transfer with the following numbers:
Invoice No.  120117756
File No.  048813-0004

For professional services rendered through November 30, 2012
re: **Premier Bank Matters**

| Date | Attorney/ Paralegal | Hours | Description |
|------|---------------------|-------|-------------|
| 11/30/12 | PMG | .10 | REVIEW OF FEE APPLICATION CORRESPONDENCE (.1) |
| 11/30/12 | MR | .50 | DETAILED EMAIL TO SANDLER O'NEILL REGARDING ENTRY OF BANK STOCK SALE ORDER AND NEED FOR FINAL FEE APPLICATION |

### Attorney Hours:

| | | | | | |
|---|---|---|---|---|---|
| P M GILHULY | (PARTNER) | .10 hrs @ | 1055.00 | /hr. | $ 105.50 |
| M RIELA | (COUNSEL) | .50 hrs @ | $845.00 | /hr. | $ 422.50 |

### Paralegal Hours:

| Total Services | 0.6 hrs | $ 528.00 |
|----------------|---------|----------|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 120117756

Other charges:

Total other charges                                                  .00

Total current charges                                        **528.00**

        BALANCE DUE                                **$ 528.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 120117756

2

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM & WATKINS LLP

Tax Identification No: 95-2018373

## INVOICE

December 31, 2012

Sandler O'Neill & Partners, L.P.
1251 Avenue of the Stars, 6th Floor
New York, NY 10020
ATTN: Britten Cosgrove

### REMITTANCE INSTRUCTIONS

**WIRE TRANSFERS:**
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 894256
Los Angeles, CA
90189-4256

Please identify your check or wire transfer with the following numbers:
Invoice No.  130100763
File No.  048813-0004

For professional services rendered through December 31, 2012
re: **Premier Bank Matters**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 12/21/12 | PMG | .50 | REVIEW OF M. DUEDALL CORRESPONDENCE WITH E. BLECHER REGARDING RULE 2004 SUBPOENA MOTION; MESSAGES TO/FROM E. BLECHER REGARDING SAME; MESSAGES TO/FROM SANDLER O'NEILL WORKING GROUP REGARDING SAME (.5) |
| 12/21/12 | MR | .20 | REVIEW EMAILS WITH COUNSEL FOR HILDENE REGARDING POSSIBLE RULE 2004 MOTION |
| 12/23/12 | PMG | .10 | REVIEW OF E. BRECHER MEMORANDUM REGARDING 2004 MOTION (.1) |

**Attorney Hours:**

| | | | | |
|---|---|---|---|---|
| P M GILHULY | (PARTNER) | .60 hrs @ | 1055.00  /hr. | $ 633.00 |
| M RIELA | (COUNSEL) | .20 hrs @ | $845.00  /hr. | $ 169.00 |

**Paralegal Hours:**

| | | |
|---|---|---|
| Total Services | 0.8 hrs | $ 802.00 |

<u>Other charges:</u>

Total other charges                                                                                                  .00


Total current charges                                                                                           802.00

        BALANCE DUE                                                                                      $ 802.00

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130100763

2

# LATHAM&WATKINS LLP

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

Tax Identification No: 95-2018373

## INVOICE

January 31, 2013

Sandler O'Neill & Partners, L.P.
1251 Avenue of the Stars, 6th Floor
New York, NY 10020
ATTN: Britten Cosgrove

## REMITTANCE INSTRUCTIONS

| WIRE TRANSFERS: | CHECKS: |
|---|---|
| Bank: Citibank, Delaware | Latham & Watkins LLP |
| One Penn's Way | P.O. Box 894256 |
| New Castle, DE 19720 | Los Angeles, CA |
| ABA: 0311-00209 | 90189-4256 |
| SWIFT: CITIUS33 | |
| Account Name: **Latham & Watkins LLP** | |
| Account Number: **3911-7003** | |

Please identify your check or wire transfer with the following numbers:
Invoice No. 130102035
File No. 048813-0004

For professional services rendered through January 31, 2013
re: **Premier Bank Matters**

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 01/02/13 | PMG | .90 | REVIEW OF M. DEUDALL/E. BRECHER CORRESPONDENCE REGARDING SUBPOENA MOTION; REVIEW OF HILDENE LETTER AND MOTION FOR 2004 EXAM; DRAFT MEMORANDUM TO SANDLER REGARDING SAME (.9) |
| 01/03/13 | PMG | 2.40 | ANALYSIS REGARDING HILDENE MOTION; REVIEW OF J. BURNETT MEMORANDUM REGARDING COURT PROCEDURE; CONFERENCE WITH J. DOCHERTY, B. COSGROVE, M. RIELA AND K. O'KEEFE REGARDING HILDENE STRATEGY; REVIEW OF COURT ORDER; CONFERENCE AND MESSAGES TO/FROM M. DUEDALL REGARDING RESPONSE (2.4) |
| 01/03/13 | MR | 1.80 | TELEPHONE CONFERENCES AND EMAILS WITH P. GILHULY AND CLIENT REGARDING HILDENE'S RULE 2004 MOTION AND COURT'S ORDER GRANTING SAME; REVIEW DOCUMENTS IN CONNECTION WITH CALLS |
| 01/04/13 | PMG | .60 | REVIEW OF WORKING GROUP CORRESPONDENCE REGARDING HILDENE SUBPOENA RESPONSE; MESSAGES TO/FROM SANDLER WORKING GROUP REGARDING IN-HOUSE CONTACTS; CALLS AND MESSAGES TO/FROM W. FLICK REGARDING LITIGATION ADVICE (.6) |
| 01/04/13 | MR | .40 | TELEPHONE CONFERENCE WITH R. EBERT ▮▮▮▮▮▮▮▮▮ EMAILS WITH P. GILHULY REGARDING SAME |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130102035

| Date | Attorney/ Paralegal | Hours | Description |
|------|---------------------|-------|-------------|
| 01/06/13 | WSF | 1.00 | REVIEW 9019 MOTION; TELEPHONE CONFERENCE WITH P. GILHULY |
| 01/06/13 | PMG | .30 | CALLS AND MESSAGES TO/FROM W. FLICK REGARDING 2004 MOTION (.3) |
| 01/07/13 | WSF | .30 | EMAILS REGARDING ████████████ |
| 01/07/13 | PMG | .50 | CALLS AND MESSAGES TO/FROM M. RIELA AND W. FLICK REGARDING SUBPOENA LITIGATION ADVICE (.5) |
| 01/07/13 | MR | .50 | EMAIL WITH P. GILHULY AND W. FLICK REGARDING PREMIER RULE 2004 |
| 01/08/13 | WSF | .60 | TELEPHONE CONFERENCE WITH CLIENT; CONFERENCE WITH C. THOMSON REGARDING |
| 01/08/13 | PMG | .20 | REVIEW OF ███████ (.2) |
| 01/08/13 | CLT | 1.20 | ANALYZE 9019 MOTION AND ORDER; CONFERENCE WITH W. FLICK REGARDING ███████████ AND CALL WITH CLIENT; PHONE CONFERENCE WITH ███████████ |
| 01/08/13 | MJ | 1.40 | E-MAILS WITH C. THOMSON REGARDING PROJECT; REVIEW OF PLEADINGS AND RELATED DOCUMENTS; PREPARE FOR AND ATTEND CONFERENCE WITH W. FLICK AND C. THOMSON; REVIEW SUBSEQUENT E-MAILS AND CORRESPONDENCE |
| 01/09/13 | WSF | .50 | CONFERENCE WITH C. THOMSON REGARDING ███████████ EMAILS REGARDING 9019 ORDER |
| 01/09/13 | PMG | .30 | MESSAGES TO/FROM WORKING GROUP REGARDING 2004 MOTION HEARING SCHEDULING; CALLS AND MESSAGES TO/FROM M. DUEDALL REGARDING SAME (.3) |
| 01/09/13 | CLT | .60 | PHONE CONFERENCE WITH R. EBERT REGARDING RESPONSE TO ORDER ON 9019 MOTION; CONFERENCE WITH W. FLICK REGARDING SAME |
| 01/14/13 | WSF | .20 | EMAILS REGARDING ███████████ |
| 01/14/13 | CLT | .10 | EMAIL CORRESPONDENCE WITH W. FLICK REGARDING STATUS; EMAIL CORRESPONDENCE WITH M. JAEGER REGARDING SAME |
| 01/15/13 | CLT | .10 | EMAIL CORRESPONDENCE WITH R. EBERT REGARDING ███████████ |
| 01/16/13 | WSF | .20 | TELEPHONE CONFERENCES WITH P. GILHULY AND C. THOMSON REGARDING ███████████ |
| 01/16/13 | PMG | .30 | MESSAGES TO/FROM M. DUEDALL AND WORKING GROUP REGARDING STATUS OF MOTION FOR RECONSIDERATION; CALLS TO/FROM W. FLICK REGARDING ███████ (.3) |
| 01/17/13 | WSF | .80 | REVIEW REVISED MOTION FOR RECONSIDERATION OF RULE 2004 ORDER; EMAILS WITH C. THOMSON AND P. GILHULY REGARDING SAME |
| 01/17/13 | PMG | .50 | REVIEW OF PREMIER ███████ CORRESPONDENCE; REVIEW AND COMMENTS ON REVISED MOTION TO RECONSIDER; MESSAGES TO/FROM WORKING GROUP REGARDING SAME (.5) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130102035

2

| Date | Attorney/ Paralegal | Hours | Description |
|------|--------------------|-------|-------------|
| 01/17/13 | MR | 1.00 | REVIEW DRAFTS OF PREMIER BANK HOLDING MOTION TO RECONSIDER RULE 2004 ORDER; EMAILS WITH CLIENT REGARDING SAME |
| 01/17/13 | CLT | .90 | REVIEW AND REVISE DRAFT MOTION FOR RECONSIDERATION; EMAIL CORRESPONDENCE WITH W. FLICK AND P. GILHULY REGARDING SAME; PHONE CONFERENCE WITH L. ABBOTT REGARDING ██████████████ |
| 01/18/13 | PMG | .80 | MESSAGES TO/FROM WORKING GROUP REGARDING MOTION TO RECONSIDER; REVIEW OF M. DUEDALL/E. BRECHER CORRESPONDENCE REGARDING MOTION FOR RECONSIDERATION; REVIEW OF SANDLER COMMENTS TO MOTION TO RECONSIDER (.8) |
| 01/18/13 | MR | 1.10 | NUMEROUS EMAILS AND TELEPHONE CONFERENCES WITH CLIENT AND M. DUEDALL REGARDING MOTION TO RECONSIDER RULE 2004 ORDER |
| 01/18/13 | CLT | .20 | EMAIL CORRESPONDENCE WITH L. ABBOTT REGARDING ████████████ EMAIL CORRESPONDENCE WITH M. JAEGER REGARDING |
| 01/18/13 | MJ | .20 | E-MAILS WITH C. THOMSON REGARDING TIMING OF ██ |
| 01/22/13 | PMG | .50 | MESSAGES TO/FROM M. DUEDALL REGARDING ██████████ REVIEW OF NOTICE OF HEARING ON RECONSIDERATION; MESSAGES TO/FROM WORKING GROUP REGARDING JOINDER AND SAME (.5) |
| 01/22/13 | CLT | .10 | EMAIL CORRESPONDENCE WITH M. JAEGER REGARDING ████████; EMAIL CORRESPONDENCE WITH W. FLICK REGARDING EFFECT OF MOTION FOR RECONSIDERATION |
| 01/23/13 | PMG | .50 | MESSAGES TO/FROM WORKING GROUP REGARDING STAY PENDING MOTION TO RECONSIDER; REVIEW OF E. BRECHER/M. DUEDALL CORRESPONDENCE REGARDING SAME (.5) |
| 01/23/13 | MR | .40 | TELEPHONE CONFERENCE AND EMAILS WITH M. DUEDALL REGARDING RULE 2004 ORDER NEXT STEPS |
| 01/23/13 | CLT | 1.30 | EMAIL CORRESPONDENCE WITH P. GILHULY REGARDING STATUS OF STAY PENDING MOTION FOR RECONSIDERATION; ██████████████ EMAIL CORRESPONDENCE WITH R. EBERT REGARDING SAME; PHONE CONFERENCE AND EMAIL CORRESPONDENCE WITH M. JAEGER REGARDING ██████████████ EMAIL CORRESPONDENCE WITH L. ABBOTT REGARDING ████ EMAIL CORRESPONDENCE WITH ████ |
| 01/23/13 | MJ | 1.90 | TELEPHONE CONFERENCES AND E-MAILS WITH C. THOMSON, L. ABBOTT; REVIEW MOTION FOR RECONSIDERATION; ████████████████ |
| 01/24/13 | WSF | .30 | EMAILS REGARDING MOTION FOR RECONSIDERATION AND STAY |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130102035

3

| 01/24/13 | PMG | .30 | REVIEW OF M. DUEDALL/E. BRECHER REGARDING MOTION TO STAY AND PROPOSED RESOLUTION (.3) |
|---|---|---|---|
| 01/24/13 | MR | .70 | TELEPHONE CONFERENCE WITH M. DUEDALL REGARDING PREMIER RULE 2004 ORDER AND NEXT STEPS; EMAILS TO LW AND CLIENT REGARDING SAME |
| 01/24/13 | CLT | 1.00 | PHONE CONFERENCE AND EMAIL CORRESPONDENCE WITH M. JAEGER REGARDING ███████; EMAIL CORRESPONDENCE WITH ███████; EMAIL CORRESPONDENCE WITH R. EBERT REGARDING SAME |
| 01/24/13 | MJ | 5.10 | ██████E-MAILS WITH C. THOMSON REGARDING ██████ REVIEW CORRESPONDENCE REGARDING MOTION |
| 01/25/13 | WSF | .20 | CONFERENCE WITH C. THOMSON REGARDING DOCUMENT REVIEW AND STAY OF 9019 ORDER |
| 01/25/13 | CLT | .10 | EMAIL CORRESPONDENCE WITH TECHNOLOGY TEAM REGARDING ██████ EMAIL CORRESPONDENCE WITH M. JAEGER REGARDING ██████ |
| 01/28/13 | WSF | .30 | EMAILS REGARDING 9019 MOTION |
| 01/28/13 | PMG | .30 | REVIEW AND COMMENTS ON DRAFT STIPULATION FOR RULE 2004 DISCOVERY STAY; MESSAGES TO/FROM WORKING GROUP REGARDING SAME (.3) |
| 01/28/13 | MR | .50 | REVIEW AND COMMENT ON DRAFT STIPULATION REGARDING HILDENE'S RULE 2004 ORDER |
| 01/28/13 | CLT | .10 | REVIEW PROPOSED STIPULATION REGARDING BRIEFING SCHEDULE AND STAY; EMAIL CORRESPONDENCE WITH W. FLICK REGARDING SAME |
| 01/29/13 | PMG | .10 | REVIEW OF E. BRECHER MEMORANDUM REGARDING STIPULATION (.1) |

**Attorney Hours:**

| | | | | | |
|---|---|---|---|---|---|
| W S FLICK | (PARTNER) | 4.40 hrs @ | $850.00 | /hr. | $3,740.00 |
| P M GILHULY | (PARTNER) | 8.50 hrs @ | 1095.00 | /hr. | $9,307.50 |
| M RIELA | (COUNSEL) | 6.40 hrs @ | $880.00 | /hr. | $5,632.00 |
| CL THOMSON | (ASSOCIATE, SR.) | 5.70 hrs @ | $700.00 | /hr. | $3,990.00 |
| M JAEGER | (ASSOCIATE) | 8.60 hrs @ | $390.00 | /hr. | $3,354.00 |

**Paralegal Hours:**

Total Services            33.6 hrs                    $26,023.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130102035

4

Other charges:

| | |
|---|---|
| PHOTOCOPYING | 59.50 |
| TECHNOLOGY SERVICES | 197.50 |
| PRACTICE TECHNOLOGY/LITIGATION SUPPORT SE | 1,053.00 |

Total other charges                                              1,310.00


Total current charges                                          27,333.50

       BALANCE DUE                                           $27,333.50

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130102035

5

# *EXHIBIT C*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

Case No.: 12-40550-KKS

**PREMIER BANK HOLDING COMPANY,**

Chapter 11

     **Debtor.**

_____/

## ORDER APPROVING THE APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF
## EXPENSES OF SANDLER O'NEILL & PARTNERS, L.P.
## AS FINANCIAL ADVISOR TO THE DEBTOR (DOC NO.   )

This case came before the Court upon the Application (the "*Fee Application*") (Doc. ___)[1]

filed on March 8, 2013 by Sandler O'Neill & Partners, L.P. ("*Sandler O'Neill*"), for allowance

of compensation in the amount of $36,600 and reimbursement of expenses in the amount of

$58,316.00, each on a final basis (except as set forth below with respect to any further expenses

of Sandler O'Neill).  The Court has considered the Fee Application, and the other pleadings and

papers on file in this case, and finds[2] that:

    A.     This Court has jurisdiction over the matters raised in the Fee Application pursuant

to 28 U.S.C. §§ 157 and 1334(b);

    B.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

    C.     This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (B), and (O);

    D.     Proper and adequate notice of the Fee Application has been given to creditors and

parties in interest, and no further notice is necessary;

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fee Application.

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

- 2 -

6258007

E.     The objection deadline has passed, and no objections or responses were filed to the Fee Application;

F.     All of the requirements of Sections 328, 330, and 503(b) of the Bankruptcy Code have been satisfied, as well as Bankruptcy Rule and 2016;

G.     Sandler O'Neill is seeking (and is entitled to) reasonable compensation for actual, necessary services rendered to the Debtor in this case, plus reimbursement for actual, necessary expenses incurred for the period of August 14, 2012 through and including February 28, 2013, all on a final basis;

Accordingly, it is

**ORDERED THAT:**

1.     The Fee Application is APPROVED.

2.     Sandler O'Neill is hereby granted allowance of compensation in the amount of $36,600 and reimbursement of expenses in the amount of $58,316.00 on a final basis, without the need for Sandler O'Neill or the Debtor to file any further applications or motions with this Court to request allowance or payment of such compensation and expenses.

3.     The Debtor is hereby authorized and directed to remit payment of the amounts set forth above to Sandler O'Neill.

4.     The entry of this Order is without prejudice to the right of Sandler O'Neill to seek reimbursement of further actual, necessary, out-of-pocket expenses for which the Debtor is liable under the Premier Engagement Letter, including the fees and expenses of counsel to Sandler O'Neill with respect to any matter for which the Debtor would be liable under the Premier Engagement Letter.

5.     This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

- 3 -

6258007

6.      Within three (3) business days of the entry hereof, the Debtor's counsel shall serve a copy of this Order on the Office of the United States Trustee, the Debtor's 20 largest unsecured creditors, HBI, the Federal Deposit Insurance Corporation, the Florida Office of Financial Regulation, the Federal Reserve Bank of Atlanta, and on all parties that have filed an appearance in this case.

**IT IS SO ORDERED**, this the _____ day of _____, 2013.


_____
KAREN K. SPECIE
United States Bankruptcy Judge

Order prepared by:
Mark I. Duedall, Esq.
Bryan Cave LLP
One Atlantic Center- Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309-3488

*Counsel for the Debtor and Debtor-in-Possession*

Copies to:
Premier Bank Holding Co.
Bryan Cave LLP c/o Mark I Duedall, Esq.
GrayRobinson, P.A. c/o Jason B. Burnett, Esq.
Office of the U.S. Trustee
All interested parties

6258007

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

In re:

Case No.: 12-40550-KKS

**PREMIER BANK HOLDING COMPANY,**

Chapter 11

Debtor.

_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the date set forth below the foregoing *Application for Compensation and Reimbursement of Expenses of Sandler O'Neill & Partners, LLC, as Financial Advisor to the Debtor* has been filed with the Bankruptcy Court, which shall generate an email notice of filing, with a link to this document, sent to all parties that have signed up for ECF notices in this case. In addition, I further certify that a true and correct copy has been furnished to the parties listed below by United States First Class Mail, postage pre-paid.

Charles F. Edwards
Office of the U.S. Trustee
110 E. Park Avenue-Suite 128
Tallahassee, FL 32301

Federal Deposit Insurance Corporation
Attn: Thomas J. Dujenski
Attn: Tim Hubby
10 Tenth Street – Suite 800
Atlanta, GA 30309
tdujenski@fdic.gov
thubby@fdic.gov

Florida Office of Financial Regulation
Attn: Jeffrey LeHeup
101 East Gaines Street - Room 624-F
Tallahassee, FL 32399-0371
jeffrey.leheup@flofr.com

Federal Reserve Bank of Atlanta
1000 Peachtree Street
Atlanta, GA 30309
dwight.blackwood@atl.frb.org

U.S. Bank, National Association
Attn: James H. Byrnes
One Federal Street, 3rd Floor
Boston, MA 02110
james.byrnes@usbank.com

Wilmington Trust Company
Attn: Steve Cimalore
1100 North Market Street
Rodney Square North
Wilmington, DE 19890-0001
scimalore@wilmingtontrust.com

6258007

Stan D. Smith
Mitchell Williams, et al.
425 West Capitol Avenue-Suite 1800
Little Rock AR  72201-3525
ssmith@mwlaw.com

Federal Deposit Insurance Corporation
Attn: Martin J. Gruenberg, Chairman
550 17th Street
Washington, D.C. 20429

Civil Process Clerk
US Attorney
Northern District of Florida
111 North Adams Street
4th Floor, US Courthouse
Tallahassee, FL 32301

United States Attorney General
Main Justice Building
10th and Constitution Avenue, NW
Washington, D.C. 20530

Federal Reserve Bank of Atlanta
c/o Ben S. Bernanke, Chairman
Board of Governors
Federal Reserve System
20th Street & Constitution Avenue
Washington, D.C. 20551

Brian G. Rich, Esq.
Berger Singerman LLP
125 South Gadsden Street
Suite 300
Tallahassee, FL 32301
brich@bergersingerman.com

Todd C. Meyers, Esq.
Shane G. Ramsey, Esq.
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE - Suite 2800
Atlanta, GA  30309-3450
tmeyers@kilpatricktownsend.com
sramsey@kilpatricktownsend.com

Cameron W. Kinvig, Esq.
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX  75202
ckinvig@hunton.com

John R. Schneider, Esq.
Hunton & Williams LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, NE
Atlanta, GA  30308
jschneider@hunton.com

Jason W. Harbour, Esq.
Henry (Toby) P. Long, III, Esq.
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
jharbour@hunton.com
hlong@hunton.com

Ira H. Goldman, Esq.
Marie C. Pollio, Esq.
Shipman & Goodwin
One Constitution Plaza
Hartford, CT  06103-1919
igoldman@goodwin.com
mpollio@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

William P. Mills, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  20382
william.mills@cwt.com

- 2 -

6258007

Douglas S. Mintz, Esq.
Timothy T. Brown, Esq.
Cadwalader Wickersham & Taft LLP
700 Sixth Street, NW
Washington, DC 20001
douglas.mintz@cwt.com
timothy.brown@cwt.com

John B. Hutton, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue – Suite 4400
Miami, FL 33131
huttonj@gtlaw.com

Stacey L. McGraw, Esq.
Matthew T. McLellan, Esq.
Troutman Sanders LLP
401 9th Street, NW – Suite 1000
Washington, DC 20004-2134
stacey.mcgraw@troutmansanders.com
matthew.mclellan@troutmansanders.com

Robert C. Bruner, Esq.
Robert C. Bruner Law Offices
261 Pinewood Drive
Tallahassee, FL 32303
robertcbruner@hotmail.com

Ethan A. Brecher, Esq.
Ethan A. Brecher, LLC
600 Third Avenue – 2nd Floor
New York, NY 10016
ethan@ethanbrecherlaw.com

Mary C. Gill, Esq.
Sage M. Sigler, Esq.
Alston & Bird
1201 W. Peachtree Street, NW
Suite 4200
Atlanta, GA 30309-3424
mary.gill@alston.com
sage.sigler@alston.com

Dated: March 8, 2013

**BRYAN CAVE LLP**

/s/ Mark I. Duedall
Mark I. Duedall (Ga. Bar No. 231770)
One Atlantic Center – Fourteenth Floor
1201 W. Peachtree Street, NW
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

Counsel to the Debtor and Debtor-in-Possession

- 3 -

6258007