Form nhapcmp

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Tallahassee Division

In Re:  Premier Bank Holding Company  			Bankruptcy Case No.:   12–40550–KKS
Tax ID: 20–0461161
Debtor

Chapter:  11
Judge:  Karen K. Specie

## HEARING ON APPLICATION FOR COMPENSATION

TO: All Creditors and Parties in Interest

**PLEASE TAKE NOTICE** that a hearing on the Application for Compensation and Expenses filed by Wilmington Trust & Kilpatrick Townsend will be heard at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on May 15, 2013 at 02:30 PM .

| | |
|---|---|
| Applicant: | Wilmington Trust & Kilpatrick Townsend |
| For Period: | Period |
| Fees Requested: | $ 94,218.00 |
| Expenses: | $ 4,599.47 |
| Total Amount Requested: | $ 98,817.47 |

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: April 17, 2013                              William W. Blevins , Clerk of Court
                                                                110 East Park Avenue
                                                                Suite 100
                                                                Tallahassee, FL 32301

Service to:
   All creditors and parties in interest