FORM nhgnrlp

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Premier Bank Holding Company                          Bankruptcy Case No.:   12–40550–KKS
        Tax ID: 20–0461161
          Debtor

                                                              Chapter:  11
                                                              Judge:  Karen K. Specie

---

### *NOTICE OF HEARING*

   PLEASE TAKE NOTICE that a hearing will be held at 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301 on July 8, 2013 at 01:00 PM, to consider and act upon the following:

   *166* − Application for Compensation for Sandler O'Neill & Partners, L.P., Financial Advisor, Fee: $36,600.00, Expenses: $58,316.00. filed by Sandler O'Neill & Partners, L.P.. (Duedall, Mark)

   *202* − Application for Compensation. (Application of Wilmington Trust Company, and its Counsel, Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Expenses Incurred In Making a Substantial Contribution to the Chapter 11 Case From August 14, 2012 Through and Including March 31, 2013) filed by Shane Gibson Ramsey. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D) An evidentiary hearing is required. Amount of time requested for hearing: 30 minutes (Ramsey, Shane)

   Please Note: All hearings are non−evidentiary unless so noted. If evidence will be required, this hearing will be treated as a preliminary hearing.

Dated: June 25, 2013                                         FOR THE COURT
                                                             Traci E. Abrams, Clerk of Court
                                                             110 East Park Avenue
                                                             Suite 100
                                                             Tallahassee, FL 32301

Service to:
    All parties in interest