**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **PREMIER BANK HOLDING** | ) | |
| **COMPANY,** | ) | CASE No. 12-40550-KKS |
| | ) | |
| | ) | |
| | ) | CHAPTER 11 |
| Debtor. | ) | |
| _____ | ) | |

**ORDER DENYING**
**APPLICATION OF WILMINGTON TRUST COMPANY, AND ITS COUNSEL, FOR**
**ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A**
**SUBSTANTIAL CONTRIBUTION TO THE CHAPTER 11 CASE FROM**
**AUGUST 14, 2012 THROUGH AND INCLUDING MARCH 31, 2013**
**(DOCKET NO. 202)**

THIS CASE came on for hearing on May 15, 2013 on the Application of Wilmington Trust Company, and Its Counsel, Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution to the Chapter 11 Case from August 14, 2012 through and including March 31, 2013 (docket no. 202), the Objections filed by the United States Trustee (docket no. 208) and Hildene Debt Solutions, Inc. (docket no. 210), and the Omnibus Reply to Objections by the United States Trustee and Hildene Debt Solutions, Inc. to Application of Wilmington Trust Company, and Its Counsel, Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution to the Chapter 11 Case from August 14, 2012 through and including March 31,

2013 (docket no. 214). At the May 5, 2013 hearing the Court took the Application and Objections under advisement.

On July 8, 2013 the Court held a hearing on the above matters and announced a ruling in open court. For the reasons orally stated and recorded in open court which constitute findings of fact and conclusions of law, it is

ORDERED:

1. The Application is denied.

2. The Objections are sustained.

**DONE AND ORDERED** on this 8th day of August, 2013.

KAREN K. SPECIE
United States Bankruptcy Judge

Order Prepared by:
Charles F. Edwards, Esq.