**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

In re: PREMIER BANK HOLDING COMPANY § Case No. 12-40550-KKS
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Mary W. Colon, chapter 7 trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $16,979.98<br>*(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $492,989.52 | Claims Discharged<br>Without Payment: N/A |
| Total Expenses of Administration: $424,529.66 | |

  3) Total gross receipts of $ 917,519.18 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $917,519.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 100,691.19 | 100,691.19 | 100,691.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 323,838.47 | 323,838.47 | 323,838.47 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,247,193.91 | 18,304,289.83 | 13,261,289.83 | 492,989.52 |
| **TOTAL DISBURSEMENTS** | $13,247,193.91 | $18,728,819.49 | $13,685,819.49 | $917,519.18 |

4)  This case was originally filed under Chapter 11 on August 14, 2012 and it was converted to Chapter 7 on September 04, 2013. The case was pending for 43 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/30/2017          By: /s/Mary W. Colon, chapter 7 trustee
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misappropriation of funds between 3/12/15 and 7/ | 1129-000 | -151,239.39 |
| bond monies per order Doc. 530 | 1129-000 | 151,239.39 |
| All issued and outstanding shares of Premier Ban | 1129-000 | 917,519.18 |
| **TOTAL GROSS RECEIPTS** | | **$917,519.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Mary W. Colon, chapter 7 trustee | 2100-000 | N/A | 49,125.96 | 49,125.96 | 49,125.96 |
| Trustee Expenses - Mary W. Colon, chapter 7 trustee | 2200-000 | N/A | 6,016.38 | 6,016.38 | 6,016.38 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Thomson Brock Luger & Company | 3410-000 | N/A | 6,897.00 | 6,897.00 | 6,897.00 |
| Attorney for Trustee Fees (Trustee Firm) - Smith Thompson Shaw Minacci & Colon, PA | 3110-000 | N/A | 10,560.00 | 10,560.00 | 10,560.00 |
| Other - Thomson Brock Luger & Company | 3420-000 | N/A | 280.00 | 280.00 | 280.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Smith Thompson Shaw Minacci & | 3120-000 | N/A | 47.50 | 47.50 | 47.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 527.59 | 527.59 | 527.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,450.11 | 1,450.11 | 1,450.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,228.41 | 1,228.41 | 1,228.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,445.88 | 1,445.88 | 1,445.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,356.05 | 1,356.05 | 1,356.05 |
| Other - Access a/k/a Access Information Management | 2420-000 | N/A | 326.00 | 326.00 | 326.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,222.85 | 1,222.85 | 1,222.85 |
| Other - Access | 3991-000 | N/A | 2,940.24 | 2,940.24 | 2,940.24 |
| Other - BB&T Bank | 2600-000 | N/A | 14.96 | 14.96 | 14.96 |
| Other - William Reid Penuel | 2300-000 | N/A | 16,601.56 | 16,601.56 | 16,601.56 |
| Other - BB&T Bank | 2600-000 | N/A | 0.70 | 0.70 | 0.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$100,691.19** | **$100,691.19** | **$100,691.19** |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gray Robinson | 6210-000 | N/A | 47,585.87 | 47,585.87 | 47,585.87 |
| Gray Robinson | 6220-000 | N/A | 1,636.60 | 1,636.60 | 1,636.60 |
| Bryan Cave | 6210-000 | N/A | 245,966.21 | 245,966.21 | 245,966.21 |
| Bryan Cave | 6220-000 | N/A | 28,649.79 | 28,649.79 | 28,649.79 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$323,838.47** | **$323,838.47** | **$323,838.47** |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Bank National Association | 7100-000 | 3,450,683.33 | 3,454,281.13 | 3,454,281.13 | 128,413.18 |
| 2 | Michael Sittig, Plan Admn. | 7100-000 | N/A | 30,000.00 | 0.00 | 0.00 |
| 3 | Wilmington Trust Company, as Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 -2 | Wilmington Trust Company, as Trustee | 7100-000 | 4,402,611.72 | 4,408,388.77 | 4,408,388.77 | 163,882.21 |
| 4 | Wilmington Trust Company, as Trustee | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4 -2 | Wilmington Trust Company, as Trustee | 7100-000 | 5,393,898.86 | 5,398,619.93 | 5,398,619.93 | 200,694.13 |
| 5 | Hildene Debt Solutions, Inc. | 7100-000 | N/A | 5,000,000.00 | 0.00 | 0.00 |
| 7 | Stephen and Susan Trainor | 7100-000 | N/A | 4,000.00 | 0.00 | 0.00 |
| 8 | John L. Conlin | 7100-000 | N/A | 1,000.00 | 0.00 | 0.00 |
| 9 | Bruce and Angela Rowan | 7100-000 | N/A | 8,000.00 | 0.00 | 0.00 |
| 10 | A. Lawton Langford | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 11 | Augustus P. Trahan | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 12 | William T. Mattice, Sr. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | Joseph L Camps Jr | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 14 | Thomas C. Haney | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15 | G. Mark O'Bryant | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16 | David Wilder | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 17 | Cynthia G. Phipps | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 18 | Charles B. Mitchell | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 19 | Winston K. Howell | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 20 | Linda Palmer | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 21 | G. Matthew Brown | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,247,193.91 | $18,304,289.83 | $13,261,289.83 | $492,989.52 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-40550-KKS  
**Case Name:** PREMIER BANK HOLDING COMPANY  
**Period Ending:** 03/30/17

**Trustee:** (290330) Mary W. Colon, chapter 7 trustee  
**Filed (f) or Converted (c):** 09/04/13 (c)  
**§341(a) Meeting Date:** 10/15/13  
**Claims Bar Date:** 12/13/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Checking Account (Acct. No. 3249) Premier Bank 3 Imported from original petition Doc# 3 - all funds rec'd at time of conversion were from sale of stock (Asset 6) | 1,134.97 | 1,134.97 | | 0.00 | FA |
| 2 | Money Market Account (Acct. No. 9220) Premier Ba Imported from original petition Doc# 3 - no further funds remaining at time of conversion | 15,845.01 | 15,845.01 | | 0.00 | FA |
| 3 | Management Liability and Company Reimbursement I Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Side-A Directors and Officers Liability Policy i Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | 93 shares of common stock issued under the Inden Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | All issued and outstanding shares of Premier Ban stock was sold in chapter 11 pursuant to court order; funds turned over to chapter 7 trustee upon conversion | 1,415,000.00 | 1,415,000.00 | | 917,519.18 | FA |
| 7 | 124 shares of common stock issued under the Inde Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 155 shares of common stock issued under the Inde Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Potential right to opt-out of pooled auction of Imported from original petition Doc# 3 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Bond claim for embezzled funds from Penuel  (u) Elected chapter 7 trustee embezzeld $151,739.80 from the estate; a claim against the chapter 7 trustee bond was made; funds were recovered - not linked to asset | Unknown | 151,739.50 | | 0.00 | FA |
| **10** | **Assets    Totals** (Excluding unknown values) | **$1,431,979.98** | **$1,583,719.48** | | **$917,519.18** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee election held; Trustee Penuel elected and case re-assigned 12-15-2013

Trustee Penuel removed as trustee on 8/4/15 (Doc. 451); Colon appointed as successor-trustee on 8-5-2015 (Doc. 452)

Printed: 03/30/2017 05:43 PM    V.13.30

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-40550-KKS  **Trustee:** (290330) Mary W. Colon, chapter 7 trustee
**Case Name:** PREMIER BANK HOLDING COMPANY  **Filed (f) or Converted (c):** 09/04/13 (c)
  **§341(a) Meeting Date:** 10/15/13
**Period Ending:** 03/30/17  **Claims Bar Date:** 12/13/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

$417,766.80 rec'd from former trustee Penuel; return of same funds disbursed to him per order (Doc 490)...not linked to asset #6 as these are same funds previously received and linked prior to trustee election

Resolution of adversary action against former trustee and bond company; $151,739.80 received from bond company for embezzlement of funds by Penuel per order of compromise (Doc. 530) - $499.71 of the funds were interest

Transactions for the term of William Reid Penuel are identified on Form 2 - William Reid Penuel - Branch Banking & Trust account.  All distributions from that account were made by William Penuel.

Resolution of objection to claims; Claims No. 10-21 deemed withdrawn per order of compromise (Doc. 535)

Trustee Mary W Colon was previously awarded fees on 9-26-14 (Doc. 362).  Said fees were never paid by William Reed Penuel.  Trustee is waiving this fee order as she is being compensated as Trustee and reporting on the entire case.

Estate tax return

Withdrawal of Hildene claim

**Initial Projected Date Of Final Report (TFR):**    April 15, 2016    **Current Projected Date Of Final Report (TFR):**    October 26, 2016  (Actual)

_____March 30, 2017_____    /s/ Mary W. Colon, chapter 7 trustee
Date    Mary W. Colon, chapter 7 trustee

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-40550-KKS  
**Case Name:** PREMIER BANK HOLDING COMPANY  

**Taxpayer ID #:** **-***1161  
**Period Ending:** 03/30/17  

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $10,276,000.00   (per case limit)  
**Separate Bond:** $1,012,000.00  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/13/13 | {6} | Premier Bank Holding Company Debtor in Possession | Debtor in Possession funds | 1129-000 | 917,018.77 | | 917,018.77 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 527.59 | 916,491.18 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,450.11 | 915,041.07 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,228.41 | 913,812.66 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,445.88 | 912,366.78 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,356.05 | 911,010.73 |
| 02/07/14 | 101 | Access a/k/a Access Information Management | storage fee per order 1/29/14 (Doc. 306) | 2420-000 | | 326.00 | 910,684.73 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,222.85 | 909,461.88 |
| 03/13/14 | 102 | Reid Penuel Chapter 7 Trustee, Estate of Premier Bank Holdin | Payment of remaining estate funds to Reid Penuel Trustee per order 2-28-14 | 9999-000 | | 909,461.88 | 0.00 |
| | | | ACCOUNT TOTALS | | 917,018.77 | 917,018.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 909,461.88 | |
| | | | Subtotal | | 917,018.77 | 7,556.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $917,018.77 | $7,556.89 | |

{} Asset reference(s)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-40550-KKS
**Case Name:** PREMIER BANK HOLDING COMPANY
**Taxpayer ID #:** **-***1161
**Period Ending:** 03/30/17

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******0567 - Checking Account
**Blanket Bond:** $10,276,000.00  (per case limit)
**Separate Bond:** $1,012,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/14/15 | | BB&T | remaining funds from former trustee per Order Doc. 490 - non-compensable | 9999-000 | 417,766.80 | | 417,766.80 |
| 10/02/15 | 101 | Access | payment storage fees per order Doc. 516 (included $1,159.70 previously approved Order Doc. 402) | 3991-000 | | 2,940.24 | 414,826.56 |
| 08/05/16 | | Becker & Poliakoff PA | Bond funds received from bond company for Penuel's embezzlement of estate funds per Order compromise Doc. 530 | | 151,739.80 | | 566,566.36 |
| | {6} | | interest from bond company per Order doc. 530              499.71 | 1129-000 | | | 566,566.36 |
| | | | bond monies per order Doc. 530              151,239.39 | 1129-000 | | | 566,566.36 |
| | {6} | | add'l 70 cents collected in suit above funds disbursed due to unknown bank fee              0.70 | 1129-000 | | | 566,566.36 |
| 12/12/16 | 102 | Office of the United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 650.00 | 565,916.36 |
| 12/12/16 | 103 | U.S. Bank National Association | Dividend paid   3.71% on $3,454,281.13; Claim# 1; Filed: $3,454,281.13; Reference: Stopped on 01/25/17 | 7100-000 | | 128,413.18 | 437,503.18 |
| 12/12/16 | 104 | Wilmington Trust Company, as Trustee | Dividend paid   3.71% on $4,408,388.77; Claim# 3 -2; Filed: $4,408,388.77; Reference: | 7100-000 | | 163,882.21 | 273,620.97 |
| 12/12/16 | 105 | Wilmington Trust Company, as Trustee | Dividend paid   3.71% on $5,398,619.93; Claim# 4 -2; Filed: $5,398,619.93; Reference: | 7100-000 | | 200,694.13 | 72,926.84 |
| 12/12/16 | 106 | Mary W. Colon | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 55,142.34 | 17,784.50 |
| | | | Dividend paid 100.00% on $49,125.96;  Claim# ; Filed: $49,125.96              49,125.96 | 2100-000 | | | 17,784.50 |
| | | | Dividend paid 100.00% on $6,016.38;  Claim# ; Filed: $6,016.38              6,016.38 | 2200-000 | | | 17,784.50 |
| 12/12/16 | 107 | Smith Thompson Shaw Minacci & Colon, PA | Combined Check for Claims#ATTY,ATTY2 | | | 10,607.50 | 7,177.00 |
| | | | Dividend paid 100.00% on $10,560.00;  Claim#              10,560.00 | 3110-000 | | | 7,177.00 |

Subtotals :    $569,506.60    $562,329.60

{} Asset reference(s)

Printed: 03/30/2017 05:43 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-40550-KKS
**Case Name:** PREMIER BANK HOLDING COMPANY
**Taxpayer ID #:** **-***1161
**Period Ending:** 03/30/17

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******0567 - Checking Account
**Blanket Bond:** $10,276,000.00  (per case limit)
**Separate Bond:** $1,012,000.00

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ATTY; Filed: $10,560.00 | | | | |
| | | | Dividend paid 100.00%   47.50<br>on $47.50;  Claim#<br>ATTY2; Filed: $47.50 | 3120-000 | | | 7,177.00 |
| 12/12/16 | 108 | Thomson Brock Luger & Company | Combined Check for Claims#CPA,CPA2 | | | 7,177.00 | 0.00 |
| | | | Dividend paid 100.00%   6,897.00<br>on $6,897.00;  Claim#<br>CPA; Filed: $6,897.00 | 3410-000 | | | 0.00 |
| | | | Dividend paid 100.00%   280.00<br>on $280.00;  Claim#<br>CPA2; Filed: $280.00 | 3420-000 | | | 0.00 |
| 01/25/17 | 103 | U.S. Bank National Association | Dividend paid   3.71% on $3,454,281.13;<br>Claim# 1; Filed: $3,454,281.13; Reference:<br>Stopped: check issued on 12/12/16 | 7100-000 | | -128,413.18 | 128,413.18 |
| 01/25/17 | 109 | U.S. Bank National Association | re-cut for lost check per creditor request | 7100-000 | | 128,413.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 569,506.60 | 569,506.60 | $0.00 |
| | | | Less: Bank Transfers | | 417,766.80 | 0.00 | |
| | | | **Subtotal** | | 151,739.80 | 569,506.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$151,739.80** | **$569,506.60** | |

{} Asset reference(s)

Printed: 03/30/2017 05:43 PM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-40550-KKS
**Case Name:** PREMIER BANK HOLDING COMPANY
**Taxpayer ID #:** **-***1161
**Period Ending:** 03/30/17

**Trustee:** Mary W. Colon, chapter 7 trustee (290330)
**Bank Name:** Branch Banking & Trust
**Account:** ********2830 - Penuel Checking Account
**Blanket Bond:** $10,276,000.00  (per case limit)
**Separate Bond:** $1,012,000.00

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/14 | | Mary W Colon Former Ch 7 Trustee | Per D.E. 339 Order Granting Motion of Trustee Colon to turnover funds to Reid Penuel | 9999-000 | 909,461.88 | | 909,461.88 |
| 04/14/14 | | BB&T Bank | Bank service fee | 2600-000 | | 14.96 | 909,446.92 |
| 04/09/15 | | Gray Robinson | Cashiers Check #5007123261 -per D.E. 406 Order Approving Final Fee Application of Gray Robinson as Counsel to the Chapter 11 Debtor | | | 49,222.47 | 860,224.45 |
| | | | Gray Robinson fees   47,585.87 | 6210-000 | | | 860,224.45 |
| | | | Gray Robinson expenses   1,636.60 | 6220-000 | | | 860,224.45 |
| 04/09/15 | | Bryan Cave | Cashiers check #5007123262 - per D.E. 405 Order Approving Final Fee Application of Bryan Cave as Counsel to the Chapter 11 Debtor | | | 274,616.00 | 585,608.45 |
| | | | Bryan Cave fees   245,966.21 | 6210-000 | | | 585,608.45 |
| | | | Bryan Cave expenses   28,649.79 | 6220-000 | | | 585,608.45 |
| 05/18/15 | | William Reid Penuel | counter check - Per D.E. 412 Order Approving Trustee's Application to Pay Administrative Expenses | 2300-000 | | 16,601.56 | 569,006.89 |
| 07/21/15 | | BB&T Bank | bank service fee | 2600-000 | | 0.70 | 569,006.19 |
| 07/30/15 | | William Reid Penuel | Misappropriation of funds between 3/12/15 and 7/23/15 | 1129-000 | -151,239.39 | | 417,766.80 |
| 09/14/15 | | Mary W Colon, Chapter 7 Trustee | Tranfer of funds to successor trustee per Order D.E. 490 | 9999-000 | | 417,766.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 758,222.49 | 758,222.49 | **$0.00** |
| | | | Less: Bank Transfers | | 909,461.88 | 417,766.80 | |
| | | | **Subtotal** | | -151,239.39 | 340,455.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$-151,239.39** | **$340,455.69** | |

Net Receipts :   917,519.18
Net Estate :   $917,519.18

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0566 | 917,018.77 | 7,556.89 | 0.00 |
| Checking # ******0567 | 151,739.80 | 569,506.60 | 0.00 |
| Checking # ********2830 | -151,239.39 | 340,455.69 | 0.00 |
| | **$917,519.18** | **$917,519.18** | **$0.00** |

March 30, 2017
_____
Date

/s/ Mary W. Colon, chapter 7 trustee
_____
Mary W. Colon, chapter 7 trustee

{} Asset reference(s)    Printed: 03/30/2017 05:43 PM   V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-40550-KKS | **Trustee:** | Mary W. Colon, chapter 7 trustee (290330) |
| --- | --- | --- | --- |
| **Case Name:** | PREMIER BANK HOLDING COMPANY | **Bank Name:** | Branch Banking & Trust |
| | | **Account:** | ********2830 - Penuel Checking Account |
| **Taxpayer ID #:** | **-***1161 | **Blanket Bond:** | $10,276,000.00  (per case limit) |
| **Period Ending:** | 03/30/17 | **Separate Bond:** | $1,012,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

{} Asset reference(s)

Printed: 03/30/2017 05:43 PM    V.13.30